**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Karen M. Gates and John F. Gibson, Jr., Defendants,

Of whom Karen M. Gates is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-001340

———————

Appeal From Lexington County
Robert E. Newton, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-203
Submitted May 20, 2024 – Filed May 29, 2024

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Christopher Ryan Johnson, of South Carolina
Department of Social Services, of Lexington, for
Respondent.

Brett Lamb Stevens, of University of South Carolina School of Law, of Columbia, for the Guardian ad Litem.

**PER CURIAM:**  Karen M. Gates appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.